# UNITED STATES DISTRICT COURT
## District of Minnesota

**Wendy Putnam**

Plaintiff(s),

v.

**Samuel Weinberg, Red Wing Health Center, LLC, Red Wing Investment Group, LLC, Red Wing Health Center Holdings, LLC, RWHC Holdings 100, LLC, Future Care Consultants, LLC,**

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Case Number: 25-cv-04580-ECT-DTS

It appearing that defendant(s) Samuel Weinberg, Red Wing Health Center, LLC, Red Wing Investment Group, LLC, Red Wing Health Center Holdings, LLC, RWHC Holdings 100, LLC, Future Care Consultants, LLC, in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs, Wendy Putnam.

DEFAULT IS HEREBY ENTERED against Samuel Weinberg, Red Wing Health Center, LLC, Red Wing Investment Group, LLC, Red Wing Health Center Holdings, LLC, RWHC Holdings 100, LLC, Future Care Consultants, LLC.

KATE M. FOGARTY, CLERK

Date: 06/9/2026