**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| WENDY PUTNAM, trustee for the next of kin of PATRICIA PUTNAM, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL WEINBERG; FUTURE CARE CONSULTANTS, LLC; RED WING HEALTH CENTER, LLC; and RWHC HOLDINGS 100, LLC, aka RWHC HOLDINGS, LLC and RED WING HEALTH CENTER HOLDINGS, LLC; collectively all owners and operators of BAY VIEW NURSING AND REHABILITATION CENTER, a Minnesota skilled nursing facility,<br><br>Defendants. | Case No. 0:25-cv-04580-ECT-DTS<br><br>**ANSWER OF DEFENDANTS SAMUEL WEINBERG, RED WING HEALTH CENTER, LLC, AND RWHC HOLDINGS, LLC, TO SECOND AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED UNDER FED. R. CIV. P. 38(b)** |

Defendants Samuel Weinberg ("Weinberg"), Red Wing Health Center, LLC, and RWHC Holdings, LLC (collectively, the "RWHC Entities," and together with Weinberg, "Answering Defendants"), for their Answer to Plaintiff's Second Amended Complaint ("SAC") in the above-captioned matter, deny each and every allegation contained therein, unless otherwise admitted or qualified herein, and state and allege as follows:

Answering Defendants respond to the SAC on their own behalf only. Answering Defendants do not answer on behalf of Defendant Future Care Consultants, LLC ("FCC") or on behalf of Bay View Nursing and Rehabilitation Center ("Bay View"), and to the extent any allegation of the SAC is directed at any other person or entity, Answering Defendants lack knowledge and information sufficient to form a belief about the truth of such allegations and such allegations are accordingly denied.

1. The unnumbered introductory paragraph and the headings in the SAC are not numbered paragraphs pursuant to Fed. R. Civ. P. 10(b) and do not require a response. To the extent that a response is required, the introductory paragraph and the headings are denied.

## I. PARTIES, JURISDICTION AND VENUE

2. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 1 and such allegations are accordingly denied.

3. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 2 and such allegations are accordingly denied.

4. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 3 and such allegations are accordingly denied.

5. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 4 and such allegations are accordingly denied.

6. The allegations of Paragraph 5 are denied

7. The allegations of Paragraph 6 are denied.

8. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 7 and such allegations are accordingly denied.

9. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 8 and such allegations are accordingly denied.

10. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 9 and such allegations are accordingly denied.

11. The allegations of Paragraph 10 are denied.

12. The allegations of Paragraph 11 are denied.

13. The allegations of Paragraph 12 are admitted.

14. The allegations of Paragraph 13 are denied.

15. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 14 and such allegations are accordingly denied.

16. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 15 and such allegations are accordingly denied.

17. The allegations of Paragraph 16 are denied.

18. The allegations of Paragraph 17 are denied.

19. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 18 and such allegations are accordingly denied.

20. The allegations of Paragraph 19 are denied.

21. The allegations of Paragraph 20 are denied.

22. The allegations of Paragraph 21 are denied.

## II. FACTS GIVING RISE TO CLAIMS FOR RELIEF

23. The allegations of Paragraph 22 are admitted.

24. The allegations of Paragraph 23 are denied.

25. The allegations of Paragraph 24 are denied.

26. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 25 and such allegations are accordingly denied.

27. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 26 and such allegations are accordingly denied.

28. The allegations of Paragraph 27 are denied.

29. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 28 and such allegations are accordingly denied.

30. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 29 and such allegations are accordingly denied.

31. The allegations of Paragraph 30 are denied.

32. The allegations of Paragraph 31 are denied.

33. The allegations of Paragraph 32 are denied.

34. The allegations of Paragraph 33 are denied.

35. The allegations of Paragraph 34 are denied.

36. The allegations of Paragraph 35 are denied.

37. The allegations of Paragraph 36 are denied.

38. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 37 and such allegations are accordingly denied.

39. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 38, including subparts (a) through (s), and such allegations are accordingly denied.

40. The allegations of Paragraph 39 are denied.

41. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 40 and such allegations are accordingly denied.

42. The allegations of Paragraph 41 are denied.

43. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 42 and such allegations are accordingly denied.

44. The allegations of Paragraph 43 are denied.

45. The allegations of Paragraph 44 are denied.

46. The allegations of Paragraph 45 are denied.

47. The allegations of Paragraph 46 are denied.

48. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 47 and such allegations are accordingly denied.

49. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 48 and such allegations are accordingly denied.

50. The allegations of Paragraph 49 are denied.

51. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 50 and such allegations are accordingly denied.

52. The allegations of Paragraph 51 are denied.

53. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 52 and such allegations are accordingly denied.

54. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 53 and such allegations are accordingly denied.

55. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 54 and such allegations are accordingly denied.

56. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 55 and such allegations are accordingly denied.

57. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 56 and such allegations are accordingly denied.

58. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 57 and such allegations are accordingly denied.

59. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 58 and such allegations are accordingly denied.

60. The allegations of Paragraph 59 are denied.

61. The allegations of Paragraph 60 are denied.

62. The allegations of Paragraph 61 are denied.

63. The allegations of Paragraph 62 are denied.

64. The allegations of Paragraph 63 are denied.

65. The allegations of Paragraph 64 are denied.

66. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 65 and such allegations are accordingly denied.

67. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 66 and such allegations are accordingly denied.

68. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 67 and such allegations are accordingly denied.

69. The allegations of Paragraph 68 are denied.

70. The allegations of Paragraph 69 are denied.

71. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 70 and such allegations are accordingly denied.

72. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 71 and such allegations are accordingly denied.

73. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 72 and such allegations are accordingly denied.

74. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 73 and such allegations are accordingly denied.

75. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 74 and such allegations are accordingly denied.

76. The allegations of Paragraph 75 are denied.

77. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 76 and such allegations are accordingly denied.

78. The allegations of Paragraph 77 are denied.

79. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 78 and such allegations are accordingly denied.

80. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 79 and such allegations are accordingly denied.

81. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 80 and such allegations are accordingly denied.

82. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 81 and such allegations are accordingly denied.

83. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 82 and such allegations are accordingly denied.

84. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 83 and such allegations are accordingly denied.

85. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 84 and such allegations are accordingly denied.

86. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 85 and such allegations are accordingly denied.

87. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 86 and such allegations are accordingly denied.

88. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 87 and such allegations are accordingly denied.

89. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 88 and such allegations are accordingly denied.

90. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 89 and such allegations are accordingly denied.

91. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 90 and such allegations are accordingly denied.

92. Answering Defendants lack knowledge and information sufficient to form a belief about the truth of the allegations in Paragraph 91 and such allegations are accordingly denied.

93. The allegations of Paragraph 92 are denied.

## III. FIRST CLAIM FOR RELIEF: WRONGFUL DEATH

94. Regarding the allegations of Paragraph 93, Answering Defendants incorporate by reference their responses in the foregoing paragraphs as if set forth fully herein.

95. The allegations of Paragraph 94 are denied.

96. The allegations of Paragraph 95 are denied.

97. The allegations of Paragraph 96 are denied.

98. The allegations of Paragraph 97 are denied.

99. The allegations of Paragraph 98 are denied.

100. The allegations of Paragraph 99 are denied.

101. The allegations of Paragraph 100 are denied.

## IV. SECOND CLAIM FOR RELIEF: CIVIL CONSPIRACY

102. Regarding the allegations of Paragraph 101, Answering Defendants incorporate by reference their responses in the foregoing paragraphs as if set forth fully herein.

103. The allegations of Paragraph 102 are denied.

104. The allegations of Paragraph 103 are denied.

105. The allegations of Paragraph 104 are denied.

106. The allegations of Paragraph 105 are denied.

Paragraphs 106, 107, and 108 of the Prayer for Relief of the Second Amended Complaint are requests for relief, which do not require admission or denial. In any event, Answering Defendants deny that Plaintiff is entitled to recover and/or receive any of the relief sought in Paragraphs 106, 107, and 108. To the extent Paragraphs 106, 107, and 108 contain factual allegations, Answering Defendants deny them.

Answering Defendants deny each and every allegation, statement, matter, and thing contained in the SAC that is not expressly admitted herein.

## Defenses

Subject to the responses above, Answering Defendants allege and assert the following defenses in response to the allegations, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the defenses described below, subject to their responses above, Answering Defendants specifically reserve the right to allege additional defenses that become known through the course of discovery.

107. Plaintiff's Second Amended Complaint fails to state a claim upon which relief may be granted.

108. This Court lacks personal jurisdiction over Defendant Weinberg, who is a citizen of New York and who lacks the minimum contacts with the State of Minnesota necessary to subject him to suit in his individual capacity in this forum.

109. Venue is improper and/or inconvenient as to Answering Defendants.

110. Plaintiff suffered no damages.

111. Plaintiff's alleged damages, if any, were not caused by any act or omission of Answering Defendants.

112. Plaintiff's alleged damages, if any, were caused by the acts or omissions of third parties, including other defendants and non-parties, over whom Answering Defendants had no control or right of control, and whose conduct constitutes a superseding and intervening cause of the injuries alleged.

113. Plaintiff's alleged damages, if any, were caused in whole or in part by the pre-existing medical conditions of Patricia Putnam and/or by natural causes unrelated to any conduct of Answering Defendants.

114. Plaintiff has failed to name and join necessary and indispensable parties who are responsible for any alleged damages.

115. Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation and repose.

116. Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and laches.

117. Plaintiff's claims are barred in whole or in part by any and all of the defenses set forth in Fed. R. Civ. P. 8(c) and 12(b).

**Reservation of Rights**

Answering Defendants reserve the right to revise, supplement, or amend their Answer and Defenses, including reserving all defenses permitted under the Federal Rules of Civil Procedure, and/or at law or in equity, that may now exist or may in the future be available based on discovery and/or further investigation in this case.

**Jury Demand**

Answering Defendants demand a trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38(b).

**PARKER DANIELS KIBORT LLC**

Dated: July 28, 2026

By: */s/ Andrew D. Parker*

Andrew D. Parker (#0195042)
Benjamin J. Mueller (#0505154)
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Fax: (612) 355-4101
parker@parkerdk.com
mueller@parkerdk.com

*Attorneys for Defendants Samuel Weinberg, Red Wing Health Center, LLC, and RWHC Holdings, LLC*